# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ANDREW PETER VAZ

**WARRANT FOR ARREST**

CASE NUMBER: **00-6267**

**TO:** The United States Marshal
and any Authorized United States Officer

**CR - FERGUSON**

YOU ARE HEREBY COMMANDED to arrest __ANDREW PETER VAZ__
Name

~~MAGISTRATE JUDGE~~
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

**SEPTEMBER 12, 2000, FORT LAUDERDALE, FLORIDA**
Date and Location

Bail fixed at $ __25,000 Corp Surety__ by **LURANA S. SNOW**
**UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

