0-cr-06267-WDF   Document 3   Entered on FLSD Docket 09/18/2000   P

## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED SEP 15 2000 CLARENCE MADDOX U.S. DIST. CT. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | ANDREW PETER VAZ (J) | CASE NO: | 00-6267-CR-FERGUSON |
| AUSA: | ROGER POWELL / Ryan | ATTY: | Ephraim Hess + O'Loughlin (temp) |
| AGENT: | USSD - GILLIS | VIOL: | 18 USC 1542, 911 & 1621 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 25,000 CORP SURETY |
| BOND HEARING HELD: ✓yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: 50,000 CSB | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed. ✓
- ✓ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Deft advised of charges

Bond hrg held —

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 9-22 | 11 | SNOW | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-22 | 11 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: 9/15/00   TIME: 11:00   FTL/LSS TAPE # 00 - 050   Begin: 716   End: 1079