# United States District Court

SOUTHERN DISTRICT OF FLORIDA  506502

UNITED STATES OF AMERICA

V.

ANDREW PETER VAZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6267

CR - FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANDREW PETER VAZ
                                    Name

MAGISTRATE JUDGE
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title **18** United States Code, Section(s) **1542, 911 & 1621**

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

SEPTEMBER 12, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ 25,000 Corp Surety  by  **LURANA S. SNOW**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/12/00 | James A. Tassone | |
| DATE OF ARREST | United States Marshal | |
| 9/14/00 | Southern District of Florida | Glenn Morgan, ASDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ANDREW PETER VAZ
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE    536-5781