## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ANDREW PETER VAZ (B)　　　　　　　　CASE NO: 00-6267-CR-Ferguson

AUSA: Roger Powell  *by Bruce Brown*　　　　ATTY: Orlando Gonzalez

AGENT:　　　　　　　　　　　　　　　　　　VIOL:

PROCEEDING: Inquiry Re: Counsel/ Arraignment　　RECOMMENDED BOND:

BOND HEARING HELD - yes / no　　　　　　　COUNSEL APPOINTED:

BOND SET @:　　　　　　　　　　　　　　　To be cosigned by:

FILED by ___ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

Reading of Indictment **Waived**
Not Guilty plea **entered**
Jury trial **demanded**
Standing Discovery Order **requested**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | October 6, 2000 at 11:00 | | Seltzer | |

DATE: September 22, 2000　　TIME: 11:00 A.M.　　FTL/LSS TAPE # 00 -　　Begin:　　End: