

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6267-CR-Ferguson

UNITED STATES OF AMERICA

vs

ANDREW PETER VAZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: _on Bond_

Telephone: _____

DEFENSE COUNSEL:  Name: _Orlando Gonzalez_
Address: _120 S. Olive Ave, Suite 200_
_West Palm Beach, Fl. 33401_
Telephone: _561-655-5447_

BOND SET (CONTINUED:)  $ _no set_

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __22nd__ day of __September__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
Deputy Clerk

Tape No. _00-050_

cc: Copy for Judge
    U. S. Attorney