UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____

00 OCT -2 PM 2:48

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO: 00-6267 CR -FERGUSON

vs.

ANDREW VAZ,

Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, KEITH B. SELTZER, ESQUIRE, and files this appearance as counsel for the above-named Defendant, ANDREW VAZ. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that its appearance is unconditional and will conform to the requirements of Local General Rule 16.

Counsel also acknowledges its responsibility to file a timely notice of appeal to the Eleventh Circuit Court of Appeals on the Defendant's behalf if requested to do so by the Defendant.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT AFFORD A BASIS FOR WITHDRAWAL UNDER LOCAL GENERAL RULE 16.

KEITH B. SELTZER, ESQUIRE
Florida Bar No. 457876

DATED: Sept 29, 2000        BY: _____
KEITH B. SELTZER, ESQUIRE
110 SE 6th Street, Suite 1900
Fort Lauderdale, FL 33301
954/766-8884

