UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA         CASE NO.: 00-6267- CR- FERGUSON

v.

ANDREW PETER VAZ,                **MOTION TO WITHDRAW
                                 AS COUNSEL OF RECORD**

Defendant.
_____/

**COMES NOW,** the law firm of SCHOFIELD & GONZALEZ, P.A., by and through undersigned counsel of record, ORLANDO GONZALEZ, ESQUIRE, and respectfully requests this Honorable Court to enter an order authorizing said law firm and counsel to withdraw from any further legal representation of Defendant, ANDREW PETER VAZ in this cause, counsel would aver as follows:

1.   That on Friday, September 22, 2000, 10:30 A.M. the undersigned counsel by and through Arthur Schofield, Esquire appeared before the Honorable U. S. Magistrate Judge LURANA S. SNOW for the purposes of conducting an Arraignment hearing.

2.   That at on above date and time the undersigned counsel by and through Arthur Schofield, Esquire proffered to the Court counsel's intention to serve as permanent counsel of record regarding the aforestated matter.

3.   That on Thursday, September 28, 2000, at approximately 10:35 A.M. Defendant, unbeknownst to the undersigned, advised he had retained the services of Keith Seltzer, Esquire to represent his interests in the aforestated matter.

4.   That on Thursday, September 28, 2000 at approximately 11:00 A.M. the undersigned counsel communicated telephonically with Keith Seltzer, Esquire and verified Defendant's representations.



Untied States of America  v.  Andrew Peter Vaz
Motion to Withdraw as Counsel of Record
Page 2 of 2

5. That as a result of Defendant's volition to employ other counsel the undersigned cannot remain as counsel of record.

**WHEREFORE,** the law firm of SCHOFIELD & GONZALEZ, P.A. and counsel of record ORLANDO GONZALEZ, ESQUIRE respectfully request this Honorable Court to enter an order relieving said firm and counsel of any further legal responsibility and/or representation in this cause.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to: ROGER W. POWELL, ESQUIRE, U.S. Attorney's Office, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33394; KEITH SELTZER, ESQUIRE, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301; MR. ANDREW PETER VAZ, 2003 Harrison Street, Hollywood, Florida 33020 on this 28th day of September, 2000.

Respectfully Submitted:

**SCHOFIELD & GONZALEZ, P.A.**
120 S. Olive Avenue, Suite 200
West Palm Beach, Florida 33401
(561) 655.4211-office
(561) 655.5447-facsimile

BY _____
ORLANDO GONZALEZ, ESQUIRE
Florida Bar No.: 99491