UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6267-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

ANDREW PETER VAZ,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 6, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will be complying today with its obligations under the Standing Discovery Order. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter will require two days to try.

2. Keith Seltzer, Esq., has entered a Notice of Appearance in this matter. He further informed the Court that he concurs with the Government's assessment and that this matter is likely to be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 6th day of October, 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson
United States District Judge

Assistant United States Attorney
Keith Seltzer, Esq.

1