UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA     CASE NO.: 00-6267- CR- FERGUSON

v.

ANDREW PETER VAZ,     **PROPOSED ORDER : MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendant.
_____/

**THIS CAUSE** coming on to be heard this day on the law firm of SCHOFIELD & GONZALEZ, P.A. and ORLANDO GONZALEZ, ESQUIRE Motion to Withdraw as counsel of record and the Court being fully advised in the premises, it is therefore, after consideration,

**ORDERED AND ADJUDGED:**

1. That Defendant has terminated the services of the law firm of Schofield & Gonzalez, P.A. and Orlando Gonzalez, Esquire as counsel of record.

2. That Defendant has retained Keith Seltzer, Esquire to represent him in this matter.

3. That counsel's Motion to Withdraw is hereby GRANTED.

4. That the law firm of SCHOFIELD & GONZALEZ, P.A. and ORLANDO GONZALEZ, ESQUIRE are hereby relieved of any further legal responsibility in this cause.



<u>United States of America</u> v. <u>Andrew Peter Vaz</u>
Order on Counsel's Motion to Withdraw
Page 2 of 2

**DONE AND ORDERED** in chambers this ___ day of October, 2000, at Fort Lauderdale, Broward County, Florida.

HONORABLE WILKIE D. FERGUSON, JR.
FEDERAL JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc

ROGER W. POWELL, ESQUIRE, U.S. Attorney's Office, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33394
KEITH SELTZER, ESQUIRE, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301
MR. ANDREW PETER VAZ, 2003 Harrison Street, Hollywood, Florida 33020
ORLANDO GONZALEZ, ESQUIRE, Schofield & Gonzalez, P.A., 120 S. Olive Avenue, Suite 200, West Palm Beach, FL 33401