FILED by _____ D.C.

MAR 20 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6267-CR-WDF

DEFENDANT: Andrew P. Vaz

JUDGE: WILKIE D. FERGUSON

Deputy Clerk: TROY T. WALKER

DATE: March 15, 2001

Court Reporter: Paul Haferling

USPO: R. Gomez

AUSA: Roger Powell

Deft's Counsel: Keith Seltzer

COUNTS DISMISSED: All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts

Supervised Release _____

Probation    Years: 2    Months    Counts: 1

Comments: see file for details

Assessment $ 100.00      Fine $ 1,000.00

Restitution /Other _____

**CUSTODY**

____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

p. 22