# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**ANDREW PETER VAZ, (J) 66323-004**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06267-001**

Roger Powell, AUSA / Keith B. Seltzer, Esq
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **One of the Indictment on January 3, 2001**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | Making a false statement on a passport application. | 07/20/2000 | 1 |

FILED by _____ D.C.
MAR 20 2001

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) __N/A__

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 03/29/1967
Defendant's USM No.: 66323-004
Defendant's Residence Address:

**1904 Harrison Street**

**Hollywood**     FL     33020

Defendant's Mailing Address:

**1904 Harrison Street**

**Hollywood**     FL     33020

03/15/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

03/20/01
Date

'01 MAR 22 AM 10:4



...ction required by
Marshals Service

James A Tassone
...ATES MARSHAL

Ed Purchase SDUSM