```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,              Case No. 00-6267-Cr-WDF

        Plaintiff,
vs.

ANDREW P. VAZ                          Miami, Florida
                                       January 3, 2001
        Defendant.
_____


                   TRANSCRIPT OF CHANGE OF PLEA
              BEFORE THE HONORABLE WILKIE D. FERGUSON
                   UNITED STATES DISTRICT JUDGE




APPEARANCES:

FOR THE GOVERNMENT:                    ROGER POWELL, AUSA


FOR THE DEFENDANT:                     ANDREW SELTZER, ESQ.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 00-6267-CR WDF
## DE#25

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

___

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____